**Dismissed and Memorandum Opinion filed February 9, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-01045-CV

_____

**DONALD M. HOLDEN, Appellant**

**V.**

**JOHN C. OSBORNE AND
THE LAW OFFICES OF JOHN C. OSBORNE, Appellees**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2009-02891**

## M E M O R A N D U M   O P I N I O N

This is a cross-appeal from a judgment signed August 25, 2011. The notice of cross-appeal was filed on November 30, 2011. To date, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on

Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code Ann. § 51.207 (Vernon 2005) (same).

On January 12, 2012, this court ordered appellant to pay the appellate filing fee on or before January 23, 2012, or the cross-appeal would be dismissed. The appellate filing fee has not been paid. Accordingly, the cross-appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Chief Justice Hedges, Justices Jamison and McCally.